IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

FILED
FEB 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Mary Jordan
Plaintiff(s)

vs.

City of Toledo, et al.
Defendant(s)

CASE NO. 3:21 CV 1233

JUDGE James Knepp II

COMPLAINT 42 U.S.C. 1983
Constitutional & Civil Rights violations

I Am Requesting a continuance of this case. Due to me being appointed Executor of Mary Jordans estate. As well as now needing time to obtain counsel for this matter.

Mary A Collut
322 W Capistrano Toledo
Ohio 43612
414-509-5159